UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| **SCHROEDER BROTHERS FARMS OF CAMP DOUGLAS LLP** | |
| Debtor/Debtor in Possession | Case No: 16-13719 (CJF)(Chapter 11) |

**MOTION TO APPROVE PRE-CONFIRMATION FINANCING FOR CROP LOAN, REPAIRS AND RENT OF LAND AND TO GRANT A FIRST POSITION SECURITY INTEREST IN 2018 CROPS (GROWING CROPS) STORED OR HARVESTED CROPS FOR THE 2018 SEASON, PROCEEDS FROM CROP INSURANCE FOR ANY FAILED CROPS, IF ANY AND PROCEEDS FROM THE SALE OF CROPS, A BLANKET SUBORDINATION LIEN TO ALL EXISTING LENDERS IN EXISTENCE, A LIEN ON ANY GOVERNMENT PROGRAM PAYMENTS FOR THE YEAR 2018 AND A SEMI-MONTHLY MILK ASSIGNMENT BEGINNING OCTOBER 2018 TOTALING $15,000.00 PER MONTH ($7,500.00 PER MILK CHECK) AND SALE OF CROPS ON OR BEFORE MARCH 1, 2019**

Schroeder Brothers Farms of Camp Douglas LLP, debtor/debtor in possession by their attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Galen W. Pittman hereby move the Court under Bankruptcy Code 364(d) to allow the debtor/debtor in possession to obtain pre-petition financing for the 2018 crop/repairs and rent of land loan from Insight FS and to grant Insight FS a first position lien on the 2018 crops, a first lien on the 2018 stored or harvested crops, a lien on the proceeds from the crop insurance and granting them a loss payee on crop insurance, a lien on sale of 2018 sold crops and a blanket lien subordinate to all existing liens in existence at this time and a semi-monthly milk assignment beginning October 2018 totaling $15,000.00 per month ($7,500.00 per milk check) and continuing until the loans are paid in full either through milk check, sale of crops, insurance, government programs or other but by March 1, 2019.

Bankruptcy Code 364 allows the debtor in possession to obtain a credit or incur debt secured by collateral on property such as the 2018 crops. In relationship to that, the debtor/debtor in possession has been unable to obtain credit otherwise other than through Insight FS for the 2018 crops. This crop loan does not prime any other creditor or lien at said time. The 2018 crop loan would be as follows:

1. Borrowers or guaranty's would be Schroeder Brothers Farms of Camp Douglas, LLP, Ross Schroeder, Randy Schroeder, Travis Schroeder and Troy Schroeder.

**Amount up to $300,000.00 to fund crop inputs/repairs and land rents**

Interest Rate – 8.75% Variable Rate of Interest
Payments - $15,000.00 per month commencing October 2018 or sale of 2018 crops.
Matured earlier or when the crops are harvested or March 1, 2019 or when the loan is paid in full from harvested crops or payments from milk assignment.
See Attachment A for Land Rents.

**Collateral**

First position lien on growing crops, stored, harvested crops for 2018 season, proceeds from crop insurance and proceeds from sale of 2018 crops, blanket lien subordinate via financing statement on all borrowers' collateral, listed as payee on all government programs, lender listed as loss payee on crop insurance and semi-monthly milk assignments beginning in October 2018 totaling $15,000.00 per month ($7,500.00 per milk check) and continuing until the loans are paid in full but, the subordinate lien will not trump or prime any of existing liens in existence at said time.

**Fees**

Lenders out of pocket fees such as attorney's fees and related matters to the loan.

**Condition precedent**

Approval of the Bankruptcy Court for terms of the loan.

**Additional Terms**

As set forth in Note, Security Agreements, Addendum and related loan documents.

Additionally, Schroeder Brothers will be pledging collateral together with borrowers but will not be listed as a borrower under the loan.

The debtor/debtor in possession are requesting the Order approving the Motion for the crop operating loan as necessary under the Bankruptcy Code and also to grant the security interest as set forth in this Application.

**NOTE**

This 2018 crop loan will not prime or trump the existing collateral lien positions of any liens in existence at this time except, that the crop loan is for the 2018 growing crops, stored or sold crops from 2018 crop year, proceeds of crop insurance as a result of failed crops in the year of 2018 growing crops, a loss payee on crop insurance, and an assignment as payee on all government programs for the 2018 growing crops and a milk assignment to assist in the payment of the crop loan with the sale of crops and other items.

Dated this ___14___ day of May, 2018 at La Crosse, Wisconsin.

PITTMAN AND PITTMAN LAW OFFICES, LLC

By:   s/Galen W. Pittman
Galen W. Pittman
Attorney for Debtor
Attorney No. 1010058
712 Main Street
La Crosse, WI 54601
(608) 784-0841

| LANDLORD | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. | Total | Acres | $/A | Expires |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gary Martin | $3,500.00 | | | | | | | | | | | | $3,500.00 | 55.0 | $65 | 12/31/19 |
| Bollig Excavating & Sons | $3,000.00 | | | | | | | | | | | | $3,000.00 | 42.5 | $71 | 12/31/19 |
| Don Bollig | $8,000.00 | | | | | | | | | | | | $8,000.00 | 85.0 | $94 | 9/30/19 |
| Jensen Bros. | $200.00 | | | | | | | | | | | | $200.00 | 12.0 | $17 | 9/30/19 |
| John Haske | $370.00 | | | | | | | | | | | | $370.00 | 20.0 | $19 | 12/31/19 |
| Joe & Patricia Scott | | | | $3,000.00 | | | | | | | | | $3,000.00 | 34.0 | $88 | 12/31/19 |
| Joellyn Edgerton | | | | $7,000.00 | | | | | | | | | $7,000.00 | 100.0 | $70 | 12/31/19 |
| Russell Kozlowski | | $6,000.00 | | | | | $5,000.00 | | | | | | $11,000.00 | 110.00 | $100 | 12/31/19 |
| William & James Bires | | | $3,250.00 | | | | $3,250.00 | | | | | | $6,500.00 | 65.0 | $100 | 12/31/19 |
| Dan & Carol Mauer | | | | $1,540.00 | | | | | | | | | $1,540.00 | 44.0 | $35 | 12/31/19 |
| Cranberry Creek | | | | | | | $5,525.00 | | | | | | $5,525.00 | 65.0 | $85 | 12/31/19 |
| Troy & Cindy Evans | | | | | | | | | | | | | | | | |
| Scott Rosenthal | | | | $15,800.00 | | | | | | | | | $15,800.00 | 114.0 | $139 Bldg/wat. | 12/31/19 |
| Richard & Sharon | | | | $180.00 | | | | | | | | | $180.00 | 3.5 | $51 | 12/31/19 |
| TOTALS | $15,120.00 | $6,000.00 | $3,250.00 | $27,520.00 | | | $13,775.00 | | | | | | $65,665.00 | 750.0 | | |

TOTALS = $65,665.00

ATTACHMENT A

# ADDENDUM A
# TO
# FS AGRI-FINANCE LINE OF CREDIT NOTE
# AND SECURITY AGREEMENT ("Note")

*Same form as 2017 crop. Change per motion*

ADDENDUM A TO THE NOTE DATED JUNE ___, 2017, BY AND BY AND AMONG INSIGHT FS, A DIVISION OF GROWMARK, INC. (the Company"), AND ROSE A. SCHROEDER, RANDY R. SCHROEDER, TRAVIS R. SCHROEDER, AND TROY A. SCHROEDER ("Debtors"), AND SCHROEDER BROTHERS FARMS OF CAMP DOUGLAS LLP ("Guarantor").

1. **Purpose.** The purpose of the Note is to finance the purchase of fuel, seed, fertilizer, pesticides, and related inputs and applications from Company (hereinafter referred to in this Addendum as "Crop Inputs"), and for the payment of agricultural rents, all exclusively for Guarantor's farming operations for the 2017 crop season. Without limiting the foregoing, the Note proceeds shall not be available to finance any purchases for the benefit of any Debtor and Debtors represent and warrant that the Note will be used exclusively for Guarantor's benefit for the purposes set forth herein. The Debtors and Guarantor shall pledge the collateral set forth in the Note and herein and shall provide payment required under the Note by direct milk assignment and sale of the crops as set forth below.

2. **Court Approval.** Guarantor has filed a case under Chapter 11 of the United States Bankruptcy Code in the Western District of Wisconsin (Case No. 16-13719) (the "Bankruptcy") and has moved the Court to approve financing on the terms set forth in the Note and this Addendum. Company's commitment to make this or any loan to Debtors, and to advance any funds, is subject to prior Court approval upon terms acceptable to Company, and continuing satisfactory progression in Company's sole judgment of the Bankruptcy, including without limitation, the Court's order that Company shall have a first priority security interest as further described in paragraph 3, below. Company shall be entitled to discontinue advancing funds at any time notwithstanding court approval of the financing.

3. **First Priority Security Interest in Crop Inputs.** In consideration of the financial accommodation granted in the Note by the Company and pursuant to the Court's order, the Debtors and Guarantor, in addition to the security interest set forth in Paragraph 2 of the Note and as set forth in this Addendum, grant to the Company a first priority security interest in and to the Crop Inputs together with all growing crops, stored and harvested crops for the 2017 season, and proceeds thereof, as well as any crop insurance proceeds. Until such time as the Note is paid in full, Company shall be a payee on all grain checks with respect to the 2017 crops and shall be made a loss payee on all crop insurance policies. Company is authorized to take any steps necessary or desirable to secure its interests hereunder.

4. **General Security Interest in Guarantor Collateral.** In further consideration of the financial accommodation granted in the Note by the Company, Guarantor, in addition to

other security interests set forth in this Addendum, hereby grants to Company a security interest in and to all personal property of the Guarantor, including without limitation all of the Collateral of the types described in Paragraph 2 of the Note, and Company may take all steps to secure its interests authorized thereunder.

5. **Security Interest in Government Program Payments and Milk Checks.** In further consideration of the financial accommodation granted in the Note by the Company, the Debtors and Guarantor, in addition to the security interest set forth in Paragraph 2 of the Note and as otherwise set forth in this Addendum, grant to the Company a security interest in and to any and all government program payments to which any of the Debtors or Guarantor are entitled and further grant a security interest in the proceeds from Guarantor's milk production. Company's security interest shall be afforded ordinary priority subject to any senior lienholders; provided, however, that it shall be an event of default under the Note if there are insufficient proceeds from Guarantor's milk production to make the payments set forth in paragraph 8 of this Addendum. Company shall be entitled to perfect its security interest in the ordinary course and by usual methods for perfecting a security interest in government program payments and milk checks, including without limitation, requiring that Company is made a co-payee on any checks issued to Debtors or Guarantor.

6. **Advance of Funds.** Guarantor shall maintain an account with Company with respect to Crop Input purchases. The Note shall be drawn from time to time to pay down such account. Neither Debtors nor Guarantor shall be entitled to receive possession of any Note funds. To the extent Note funds are paid for lease expenses or other obligations of Guarantor to third parties, such payment shall be made directly to the third party by Company. Debtors and Guarantor shall secure the consent of Guarantor's creditors in the Bankruptcy prior to any disbursement to a third party.

7. **Account Statements.** Debtors and Guarantor hereby authorize and direct Company to provide to any creditor appearing in the Bankruptcy upon such creditor's request, a monthly account statement reflecting the charges to Guarantor's account with Company.

8. **Payment Terms.** The Debtors shall pay all amounts due and owing under this Note by direct milk assignment from each of Guarantor's two monthly milk checks, through Guarantor's milk processing facility, which as of the date hereof is _____. The Debtors shall provide to the Company, attn. Norman D. Farnam, Stroud, Willink & Howard, LLC, P. O. Box 2236, Madison, WI 53701-2236, with a copy to Scott Eastwood at seastwood@insightfs.com, of any change to the facility used to process its milk within three (3) business days of said change. Commencing in September 2017 and in each month thereafter until the Indebtedness is paid in full, the sum of Fifteen Thousand and 00/100 Dollars ($15,000) per month shall be paid to the Company by direct milk assignment. The sum set forth above shall be paid in equal payments of Seven Thousand Five Hundred and 00/100 Dollars ($7,500) per milk check, with the first monthly milk check to be issued on or about the ____ day of each month and the second monthly milk check to be issued on or about the ____ day of each month. On or before mid-February ~~March 1, 2018~~, the Company shall provide an invoice to the Debtors, setting forth actual remaining amounts due and owing under this Note following application of the amounts

2

drawn by the Debtors under the Note, payments made, accrued interest through the invoice date, and any other adjustment required herein. The amount due and owing as set forth in the invoice shall be paid by the Debtors on or before the earlier of (a) the harvest of the 2017 crop and (b) March 1, 2018 —————— or such later date as authorized by Company. The parties anticipate that said payment shall be made to Company from the proceeds of crop sales to crop buyers; however, Debtors' obligation to make such payment is independent of the availability of crop proceeds.

9. **Guarantor Obligations as "Debtor" Under Note.** In addition to the Guarantor's obligations hereunder, the provisions of Paragraphs 3, 4, 5, 6, 8 (except 8(g)) and 9 of the Note shall apply fully to Guarantor as if Guarantor was a "Debtor" identified in said paragraphs.

10. **Guarantee.** Guarantor, in consideration of the Note and the benefits derived therefrom, unconditionally and independently of any liability of Debtors, guarantees to and agrees with Company that in the event that Debtors fail to pay any installment required by the terms of the Note or if Debtors fail to perform any of their obligations under the Note, including, without limitation, Debtors' obligation to pay all principal, accrued interest, attorneys' fees, and collection costs that may become due from Debtors to Company, Guarantor shall be liable to Company for such payment or performance. Following an event of default under the Loan Documents, a separate action or actions may be brought or prosecuted against Guarantor regardless of whether such action is brought against Debtors or whether any Debtor is joined in such action or actions. Guarantor waives any right to require Company to proceed against Debtors, proceed against or exhaust any Collateral pledged by Debtors, or pursue any other remedy in Company's power whatsoever. Guarantor waives any defense arising by reason of any disability or other defense of Debtors or by reason of the cessation, from any cause whatsoever, of the liability of Debtors. To the maximum extent permitted by law, Guarantor waives presentment, demand for payment or performance, notice of non-performance, protest, notice of protest, notice of dishonor, notice of acceleration and the intention to accelerate, notice of any other action taken by Company, and notice of acceptance of this Guarantee and of the existence, creation, or incurring of new or additional indebtedness. This is a continuing Guarantee and shall not be revoked by bankruptcy or insolvency of Guarantor. This Guarantee shall remain in full force and effect with respect to Guarantor until Company receives written notice from Guarantor revoking this Guarantee. In the event that this Guarantee is revoked by Guarantor, said revocation shall have no effect on the continuing liability of Guarantor to guarantee unconditionally the prompt payment of all of the obligations which are contracted or incurred before the revocation becomes effective, including such of the obligations which are subsequently renewed, modified, or extended after the revocation becomes effective and as well as all extensions of credit made after revocation pursuant to commitments made prior to such revocation. Revocation of this Guarantee by Guarantor shall not relieve the Guarantor of any liability hereunder after the effective date of such revocation.

11. **Counterparts and Signatures.** This Note may be executed simultaneously or in one or more counterparts, each of which shall be deemed an original and all of which will

3

constitute one and the same document. Any and all signatures that are executed and transmitted electronically or by facsimile shall be deemed to be original signatures.

12. **Addendum Controls.** This Addendum is intended to supplement and set forth additional terms which are incorporated into the Note. Except as expressly modified by this Addendum, the terms of the Note shall remain unchanged and given full force and effect. In the event of a conflict between this Addendum and the Note, the provisions of this Addendum shall control.

Dated:_____       _____
                                    Rose A. Schroeder

Dated:_____       _____
                                    Randy R. Schroeder

Dated:_____       _____
                                    Travis R. Schroeder

Dated:_____       _____
                                    Troy A. Schroeder

                                    SCHROEDER BROTHERS FARMS OF CAMP
                                    DOUGLAS LLP

Dated:_____       By:_____

4

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

In Re:                                                          In Bankruptcy No:

**SCHROEDER BROTHERS FARMS
OF CAMP DOUGLAS LLP**

Debtor/Debtor in Possession    Case No: 16-13719 (CJF)(Chapter 11)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that the debtor, Schroeder Brothers Farms of Camp Douglas LLP, by their attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Galen W. Pittman, have filed a Motion to Approve Financing. A copy of said Motion is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before **May 21, 2018**, you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the *United States Bankruptcy Court, 500 S. Barstow St., Eau Claire, WI 54701,* and a copy to *Attorney Galen W. Pittman, PITTMAN & PITTMAN LAW OFFICES, LLC, 712 Main Street, La Crosse, Wisconsin 54601.* If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

Dated this __14__ day of May, 2018, at La Crosse, Wisconsin.

PITTMAN & PITTMAN LAW OFFICES, LLC

By:    s/Galen W. Pittman
       Galen W. Pittman
       Attorney for Debtor
       Attorney No. 1010058
       712 Main Street
       La Crosse, WI 54601
       (608) 784-0841

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| SCHROEDER BROTHERS FARMS OF CAMP DOUGLAS LLP | |
| Debtor/Debtor in Possession | Case No: 16-13719 (CJF)(Chapter 11) |

### AFFIDAVIT OF SERVICE BY MAIL

| STATE OF WISCONSIN | ) |
|---|---|
| | ) SS |
| COUNTY OF LA CROSSE | ) |

The undersigned being first duly sworn states that a true copy of *Motion to Approve Financing, Notice of Motion to Approve Financing and Proposed Order* was served upon the individuals on attached list either by electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on May 14, 2018.

s/Wanda F. Nickelotti
**Wanda F. Nickelotti**

Subscribed and sworn to before me
this 14 day of May, 2018.

s/Galen W. Pittman
**Galen W. Pittman, Notary Public**
**My Commission is Permanent.**

```
Label Matrix for local noticing          Accelerated Genetics                    Advanced Dairy Solutions
0758-1                                   E10890 Penny Lane                       278 W. Court Street
Case 1-16-13719-cjf                      Baraboo, WI 53913-9408                  Richland Center, WI 53581-2345
Western District of Wisconsin
Eau Claire
Mon May 14 11:35:49 CDT 2018

Ag Consulting Team Inc.                  Albers Dairy Equipment                  Allied Cooperative
S8972 Valley View Rd.                    14323 Albers Way                        351 Railroad Street
Post Office Box 305                      Chino, CA 91710-1134                    P.O. Box 729
Plain, WI 53577-0305                                                             Adams, WI 53910-0729


Allied Cooperative                       American Family Insurance               Animart
118 East Main Street                     Randy Le Moine Agency                   1240 Green Valley Rd
Reedsburg WI 53959-1936                  Post Office Box 1106                    Beaver Dam, WI 53916-1128
                                         Marshfield, WI 54449-7106


BMO Harris Bank Credit Card              BMO Harris Bank N.A.                    BMO Harris Bank N.A.
615 Water Street                         c/o Ann Ustad Smith                     C/O Attorney Joseph D. Brydges, Michael
Sauk City, WI 53583-1448                 Michael Best & Friedrich LLP            PO BOX 1806
                                         P.O. Box 1806                           Madison WI 53701-1806
                                         Madison, WI 53701-1806


Ballweg Implement                        Bires Cranberry LLC                     Bobcat of Coulee Region Inc.
W7246 Hwy. 68                            N7050 U.S. Hwy. 12 & 16                 31465 Veterans Rd.
Post Office Box 152                      New Lisbon, WI 53950-9755               La Crescent, MN 55947-4238
Waupun, WI 53963-0152


Bobcat of the Coulee Region, Inc.        Bryan Edgerton                          Joseph D. Brydges
31465 Veterans Road                      9481 Elkland Road                       Michael Best & Friedrich, LLP
La Crescent, MN 55947-4238               Tomah, WI 54660-4444                    P.O. Box 1806
                                                                                 Madison, WI 53701-1806


Carl F. Statz & Sons                     Carol Wagenson                          Stephen D. Chiquoine
6101 Hogan Road                          W9116 Cty. Hwy. C                        Chiquoine & Molberg, S.C.
Post Office Box 38                       New Lisbon, WI 53950-9761               118 E. Main Street
Waunakee, WI 53597-0038                                                          Reedsburg, WI 53959-1936


Cliff's Inc.                             Cooperative Credit Company              Cooperative Credit Company
Post Office Box 248                      128 Third Street NW                     C/O Stephen D.Chiquoine
408 South Madison Street                 Sioux Center, IA 51250-1839             118 East Main Street
Friesland, WI 53935-9703                                                         Reedsburg WI 53959-1936


Cottonseed LLC                           Cottonseed, LLC                         DLL Finance LLC
819 Bainbridge St.                       Cottonseed, LLC                         PO Box 2000
La Crosse, WI 54603-1532                 819 S. Bainbridge Street                Johnston, IA 50131-0020
                                         La Crosse, wi 54603-1532


DLL Finance LLC                          DLL Finance LLC f/k/a Agricredit Acceptance    DTN, LLC
f/k/a Agricredit Acceptance LLC          c/o Attorney Christopher M. Seelen             9110 W. Dodge Rd., Ste. 100
Post Office Box 14535                    P.O. Box 187                                   Omaha NE 68114-3334
Des Moines, IA 50306-3535                Eau Claire, W 54702-0187
```

| | | |
|---|---|---|
| Dairy Business Association, Inc.<br>2763 Manitowoc Rd. #B<br>Green Bay, WI 54311-6633 | Dairyland Leasing<br>W1115 Bristol Road<br>Columbus, WI 53925-9269 | Deere & Company<br>6400 NW 86th Street<br>Johnston, IA 50131-2945 |
| Denise Baumgarten<br>25191 Hilldale Avenue<br>Tomah, WI 54660-6644 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Don's Plumbing, Inc.<br>1003 East Clifton Street<br>Tomah, WI 54660-2669 |
| Daniel E. Dunn<br>Main Street Law Offices, LLC<br>P.O. Box 1627<br>LaCrosse, WI 54602-1627 | E & O Dairy, LLC<br>c/o Attorney David M. Pelletier<br>Axley Brynelson, LLP<br>2 East Mifflin Street, Suite 200<br>Madison, WI 53703-4269 | E&O Dairy LLC<br>N6500 County Rd. B<br>New Lisbon, WI 53950-9748 |
| East Central/Select Sires<br>Post Office Box 191<br>Waupun, WI 53963-0191 | Electric Motors Unlimited Inc.<br>1000 Jonathon Drive<br>Madison, WI 53713-3298 | Farm Credit Services of America, PCA<br>Post Office Box 2409<br>Omaha, NE 68103-2409 |
| Norman D. Farnam<br>25 West Main Street, Suite 300<br>P.O. Box 2236<br>Madison, WI 53701-2236 | Fastenal<br>Post Office Box 978<br>Winona, MN 55987-0978 | Furst-Mcness Company<br>Post Office Box 71349<br>Chicago, IL 60694-1349 |
| Gerke Excavating<br>15341 State Hwy. 131<br>Tomah, WI 54660-5331 | Gill and Gill SC<br>501 South Nicolet Road<br>Appleton, WI 54914-8225 | Robert K. Ginther<br>221 Third Avenue<br>P.O. Box 556<br>Baraboo, WI 53913-0556 |
| Harms Dairy Equipment<br>S3720 Scneider Road<br>Rock Springs, WI 53961-9749 | Hartje Tire & Service<br>2201 Madison Street<br>Stevens Point, WI 54481-3835 | Hillsboro Equipment<br>18898 State Hwy. 33<br>Post Office Box 583<br>Hillsboro, WI 54634-0583 |
| IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Integrity Feeds<br>118 Washington St.<br>Mauston, WI 53948-1374 | International Ag Insurance Solutions<br>8578 Solution Center<br>Chicago, IL 60677-8005 |
| Jensen Brothers<br>SW29763 Windcrest Drive<br>Waukesha, WI 53189 | Jim Cauley ABS<br>W3696 Cauley Road<br>Lyndon Station, WI 53944-9747 | John Deere Credit<br>Post Office Box 4450<br>Carol Stream, IL 60197-4450 |
| John Deere Financial, f.s.b.<br>6400 NW 86th Street<br>PO BOX 6600<br>Johnston, Iowa 50131-6600 | John Haske<br>N7176 6th Ave.<br>New Lisbon, WI 53950-9526 | John Shuck Plumbing Repair<br>2005 Hollister Ave.<br>Tomah, WI 54660-2817 |

Joseph L. Bollig & Sons, Inc.
Post Office Box 163
Mauston, WI 53948-0163

Joseph Scott
W8000 Ceylon Road
Mauston, WI 53948-9710

Karen Schroeder
N5198 Johnson Road
Mauston, WI 53948-9711


LaRowe Gerlach, & Roy
1730 Community Drive
Sauk City, WI 53583-1391

Lemonweir Agronomy LLC
N6815 Hwy. H
Camp Douglas, WI 54618-9505

Lisa Kay Lietz-Ray
2901 West Beltline Highway
Suite 301
Madison, WI 53713-4228


M&G Farms
N2814 Cassidy Road
Mauston, WI 53948-9636

Monsanto Company-V
Post Office Box 204070
Dallas, TX 75320-0470

Pam Loehr, Collection Specialist
Sterns Bank Equipment Finance Division
500 13th Street
PO Box 750
Albany, MN 56307-0750


Patrick J. Taggart, II
LaRowe Gerlach Taggart LLP
1730 Community Drive
Post Office Box 10
Sauk City, WI 53583-0010

David M. Pelletier
2 East Mifflin Street
P.O. Box 1767
Madison, WI 53701-1767

Peterson Sanitation Inc.
Post Office Box 276
Boscobel, WI 53805-0276


Galen W. Pittman
Pittman & Pittman Law Offices, LLC
712 Main Street
La Crosse, WI 54601-4121

Greg P. Pittman
Pittman & Pittman Law Offices, LLC
712 Main Street
La Crosse, WI 54601-4121

Portland Implement Inc.
20 State Hwy. 33
Cashton, WI 54619-7265


Prairie Estates Genetics LLC
6907 University Avenue, #124
Middleton, WI 53562-2767

ProAg
Post Office Box 975034
Dallas, TX 75397-5034

Professional Dairy Producers of Wisconsi
N5776 County Road D, Ste. 1
Fond Du Lac, WI 54937-9109


Randy Schroeder G.P.
W9357 Orange Mill Road
Camp Douglas, WI 54618-9577

Riley Brothers Real Estate LLP
W7384 Suldal Road
Mauston, WI 53948-9761

Ross Schroeder
W9324 Orange Mill Road
Camp Douglas, WI 54618-9544


Rowekamp Planter Service
N8994 US Hwy. 12/27
Merrillan, WI 54754-8217

Scenic Bluffs Equipment
Hwy. 80, 82 & 33
Post Office Box 86
Union Center, WI 53962-0086

Schierl Tire
c/o Dave Schrier
24551 Interput Ave.
Tomah, WI 54660


Schroeder Brothers Farms of Camp Douglas LLP
W9357 Orange Mill Road
Camp Douglas, WI 54618-9577

Scott Rosenthal
N8148 Keichinger Road
Camp Douglas, WI 54618-9506

Secretary of Treasury
Treasury Department
1500 Pennsylvania Avenue N.W.
Washington, DC 20220-0001


Securities and Exchange Commission
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

Christopher M. Seelen
Ruder Ware, LLSC
402 Graham Avenue
P.O. Box 187
Eau Claire, WI 54702-0187

Semex
Post Office Box 8280
Madison, WI 53708-8280

| | | |
|---|---|---|
| Ann Ustad Smith<br>One South Pinckney Street<br>P.O. Box 1806<br>Madison, WI 53701-1806 | South Central Dairy Testing<br>117 S. Albert Avenue<br>Reedsburg, WI 53959-1527 | St. Joseph Equipment Inc.<br>18932 Hwy. 71 E.<br>Norwalk, WI 54648-8065 |
| Star Blends LLC<br>Post Office Box 309<br>Sparta, WI 54656-0309 | Star Blends, LLC<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, Wisconsin 53212-1077 | Stearns Bank N.A.<br>500 13th Street<br>Albany, MN 56307-6401 |
| Stephen D. Chiquoine<br>118 Main Street<br>Post Office Box 399<br>Reedsburg, WI 53959-0399 | Sterns Bank-EFD<br>PO Box 750<br>Albany, MN 56307-0750 | Craig E. Stevenson<br>DeWitt Ross & Stevens, S.C.<br>Two East Mifflin Street, Suite 600<br>Madison, WI 53703-2865 |
| Swenson Hoof Trimmers<br>20039 Javelin Road<br>Sparta, WI 54656-4451 | Tomah Large Animal Vet Service SC<br>101 East Holton Street<br>Tomah, WI 54660-2681 | Travis Schroeder<br>W9324 Orange Mill Road<br>Camp Douglas, WI 54618-9544 |
| Troy Schroeder<br>W9324 Orange Mill Road<br>Camp Douglas, WI 54618-9544 | U.S. Trustee's Office<br>U.S. Trustee's Office<br>Suite 304<br>780 Regent Street<br>Madison, WI 53715-2635 | United Co-Op<br>N7160 Raceway Road<br>Beaver Dam, WI 53916-9315 |
| Valley Ag Software<br>3950 S. K Street<br>Tulare, CA 93274-7155 | Thomas P. Walz<br>Office of the U.S. Trustee<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-2635 | Wehrs Chevrolet Inc.<br>Post Office Box 409<br>Bangor, WI 54614-0409 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Animart, LLC<br>1240 Green Valley Rd.<br>Beaver Dam,, WI 53916-1128 | (d)Animart, LLC<br>1240 Green Valley Rd.<br>Beaver Dam, WI 53916-1128 | (d)DLL Finance LLC<br>f/k/a Agricredit Acceptance LLC<br>Post Office Box 14535<br>Des Moines, IA 50306-3535 |
| (d)Prairie Estates Genetics, LLC<br>6907 University Ave. #124<br>Middleton, WI 53562-2767 | End of Label Matrix<br>Mailable recipients   108<br>Bypassed recipients     4<br>Total               112 | |